Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Richard C. Gordon, Esq.
Nevada Bar No. 9036
Holly E. Cheong, Esq.
Nevada Bar No. 11936
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
asorenson@swlaw.com
rgordon@swlaw.com
hcheong@swlaw.com

*Attorneys for Defendants Wells Fargo Bank, N.A., incorrectly named as America's Servicing Company and Mortgage Electronic Registration Systems, Inc., aka MERS*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEA SAYON DEGUZMAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICA'S SERVICING COMPANY, a division of Wells Fargo Home Mortgage; TRUSTEE CORPS, as trustee; FLORES CONSULTING, INC. as lender; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., aka MERS; AND DOE INDIVIDUALS I through X, inclusive,<br><br>Defendants. | CASE NO. 2:14-cv-01865-RFB-GWF<br><br>**STIPULATION AND ORDER TO DISMISS COMPLAINT WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED between the parties appearing in the above-listed action, Defendants Wells Fargo Bank, N.A. and Mortgage Electronic Registration Systems, Inc. ("Defendants"), by and through their respective counsel of record, and Plaintiff Lea Sayon Deguzman ("Plaintiff"), *pro se* plaintiff, that:

1. This action shall be dismissed with prejudice; and

/ / /

/ / /

2. The parties shall bear their own attorneys' fees and costs associated with this action.

DATED this 2nd day of March, 2015.                    DATED this 2nd day of March, 2015.

SNELL & WILMER L.L.P.

By: */s/ Holly E. Cheong*                              By: */s/ Lea Sayon Deguzman*
    Amy F. Sorenson, Esq.                                  Lea Sayon Deguzman
    Richard C. Gordon, Esq.                                4331 Thunder Twice Street
    Holly E. Cheong, Esq.                                  Las Vegas, NV 89129
    3883 Howard Hughes Pkwy., Ste. 1100
    Las Vegas, NV 89169                                    *Pro Se Plaintiff*

*Attorneys for Defendants Wells Fargo Bank, N.A., incorrectly named as America's Servicing Company and Mortgage Electronic Registration Systems, Inc., aka MERS*

**ORDER**

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 5th day of March, 2015.

- 2 -

## **CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action.  On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO DISMISS COMPLAINT WITH PREJUDICE** by the method indicated:

| | |
|---|---|
| __X__ | U.S. Mail |
| _____ | U.S. Certified Mail |
| _____ | Facsimile Transmission |
| _____ | Overnight Mail |
| _____ | Federal Express |
| _____ | Hand Delivery |
| _____ | Electronic Filing |

and addressed to the following:

Lea Sayon Deguzman
4331 Thunder Twice St.
Las Vegas, NV 89129
*Plaintiff Pro Se*

DATED March 2, 2015

*/s/ Maricris Williams*
An Employee of Snell & Wilmer L.L.P.

21093907

- 3 -